The UNITED STATES of America v. Walter C. JOHNSON.

No. 5806.

Circuit Court of Appeals, Seventh Circuit.

Sept. 21, 1936.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On consideration of the stipulation of counsel filed this date, it is ordered and adjudged by this court that this appeal be, and the same is hereby, dismissed.